STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MUN SUN CRANDALL, an individual,

        Plaintiff,

vs.

JESSE EARL JOHNSON, individually;
NOEL KEITH BROWN, individually;
DOES I-X; and ROES CORPORATIONS
I-X, inclusive,

        Defendants.

CASE NO.: 2:18-cv-01446-RFB-BNW

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff Mun Sun Crandall, by and through her attorneys of record, Leslie Mark Stovall, Esq. and Ross Moynihan, Esq. of STOVALL & ASSOCIATES, and Defendants Jesse Earl Johnson and Noel Keith Brown, by and through Charles Michalek, Esq. of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, LTD, and hereby stipulate and agree that this matter shall now be dismissed in its entirety with prejudice with each side to bear its own attorney's fees and costs.

**ITS IS SO STIPULATED.**

Dated this 20th day of June, 2019.

ROGERS, MASTRANGELO,
CARVALHO & MITCHELL, LTD

/s/ Charles Michalek, Esq.

Charles Michalek, Esq.
700 S. 3rd Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*

Dated this 20th day of June, 2019.

STOVALL & ASSOVIATES

/s/ Ross Moynihan, Esq

ROSS MOYNIHAN, ESQ.
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

**ORDER**

Pursuant to the foregoing stipulation of counsel for the moving partioes and good cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that this action shall now be dismissed in its entirely with prejudice with each side to bear its own attorneys's fees an costs.

Dated this __21st__ day of _____June_____, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 20th day of June, 2019, by:

STOVALL & ASSOCIATES

/s/ Ross Moynihan

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*